FILED
 2012 Jan-26  AM 10:30
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **RITA J. LEWIS,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No.: 11-PT-3204-M |
| **EQUIFAX AND MERRICK BANK CORP.,** | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Rita J. Lewis, by and through her counsel, and Defendant, Merrick Bank Corp., by and through its counsel, and hereby agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear its own costs, expenses and fees.

All parties have consented to the electronic filing of this document jointly.

/s  John David Collins
John N. Bolus
John David Collins

*Attorneys for Defendant Merrick Bank Corp.*

**OF COUNSEL:**

MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone:  205-254-1000
Fax:  205-254-1999
jbolus@maynardcooper.com
jcollins@maynardcooper.com

02293704.1

- 2 -

/s  Micah S. Adkins
Micah S. Adkins
*Attorney for Plaintiff Rita J. Lewis*

**OF COUNSEL:**

BURKE, HARVEY & FRANKOWSKI
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
Phone: (205) 930-9091 ext. *235
Fax: (205) 930-9054
Toll Free: (888) 930-9091 ext. *235
madkins@bhflegal.com