IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

RITA J. LEWIS

       Plaintiff,

v.                                                                      CV 4:11-3204-RBP

MERRICK BANK CORP.

       Defendant.

## DISMISSAL ORDER

In accordance with the Joint Stipulation of Dismissal With Prejudice filed on January 26, 2012, this action is **DISMISSED, WITH PREJUDICE**, each party to bear own costs, expenses and fees.

**DONE** and **ORDERED** this the 26th day of January, 2012.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE